# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA HAMMOND DIVISION

| | |
|---|---|
| Martrice Rupert & Tommy Williams<br>Propria Persona see: Title 1USC 8<br>V.<br><br>Gary Residence 2 LLC | ) Cause No: 2:22 CV 023<br>) Gary Indiana Cause No: 45H03-2111-EV-413<br>)<br>)<br>) 42 USC 1983 & 42 USC 2000<br>) Jury Demand<br>)<br>) |

-FILED-
OCT 10 2023
At _____ M
Chanda J. Berla, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## FRCP RULE 55 MOTION FOR DEFAULT JUDGMENT

1.) Comes now Martrice Rupert, and Tommy Williams where we petition this court to enter a default judgment against Gary Residence 2 LLC for failure to assert a affirmative defense for the claim of fraud Of Inducement where seek remedy on this matter by the right to heard to address this matter before this court Trier of fact Due process requires, at a minimum, notice, and an opportunity for a hearing prior to the deprivation of property, see *Cleveland Bd. of Educ. v. Loudermill*, 470 U.S. 532, 542 (1985), *Mullane v. Central Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950)

2.) United States v. Sleep Ctrs. of Fort Wayne, LLC No. 1:11-cv-00035-JD-SLC (N.D. Ind. Feb. 1, 2017) contends that Jennifer Davis, and Marc Laterzo counsel for Gary Residence 2 LLC Failed to respond to our claim of fraud of inducement "to respond to our essential point raised that such a failure "warrants the granting" of Martrice Rupert motion for judgment on pleadings.

3.) Martrice Rupert, and Tommy Williams have drafted a attach brief where my claim being assert is supported by federal case citation to establish our entitlement to the relief we seeks. this is cited " In re Catt, 368 F.3d 789, 793 (7th Cir. 2004); see also Lowe v. McGraw-Hill Cos., Inc., 361 F.3d 335, 339 (7th Cir. 2004) (stating that there is a clear distinction "between the entry of default and the entry of a default judgment"). The first step is satisfied when this court clerk review the case chronolgy, and see that counsel for Gary Residence 2 LLC failed to respond to our claim for fraud upon the court where a default would be warrented because neither Jennifer Davis or Marc Laterzo "failed to plead or otherwise defend" and this "failure will be shown by our attach affidavit, and additional legal findings to show additional fraud under rule 60 for reconsideration see: United States v. Roth, No. 10 Misc. 001, 2010 WL 1541343, at*2 (E.D. Wis. Apr. 19, 2010); see also Obriecht v. Raemisch, 517 F.3d 489, 493 (7th Cir. 2008) this action taken to present our claim for fraud is to spare Martrice Rupert, and Tommy William the undue burden of the appellate courts of unnecessary proceedings. this is cited Divane v. Krull Elec. Co., 194 F.3d 845, 848 (7th Cir. 1999). that warrants a action under Fed. R. Civ. P. 55(a).

Page:1

4.)Because it is now clear that Jennifer Davis ,and Marc Laterzo failure to address our claim of fraud upon the court by fraud of inducement that occurred on 09/11/2023 this defaulted on our Complaint for fraud was properly served under Federal Rule of Civil Procedure 4, Martrice Rupert ,and Tommy Williams ask this Court to direct the Clerk to enter our default. See Fed. R. Civ. P. 5(a)(2) However Martrice Rupert ,and Tommy Williams is seeking remedy to pursue judgment against Gary Residence 2 LLC . A clerk's entry of default is an official recognition that Gary Residence 2 LLC failed to respond to a properly served complaint. A default means that the factual allegations of the complaint (except those relating to the amount of damages) are to be taken as true and can no longer be contested. This is cited in  Black v. Lane, 22 F.3d 1395, 1399 (7th Cir. 1994) (discussing the effect of default judgment); see also Franco v. Selective Ins. Co., 184 F.3d 4, 9 n. 3 (1st Cir. 1999) ("A party who defaults is taken to have conceded the truth of the factual allegations in the complaint as establishing the grounds for liability as to which damages will be calculated") (citing Quirindongo Pacheco v. Rolon Morales, 953 F.2d 15, 16 (1st Cir. 1992),

5.)Martrice Rupert ,and Tommy Williams have proven standing because counsel for Gary Residence 2 LLC have admitted they wrong us by making a offer if they thought there action was warrented there would  have not been any conference so this alone proves our well-pled allegations of our Complaint relating to the amount of damages. this is cited in Yang v. Hardin, 37 F.3d 282, 286 (7th Cir. 1994) (citing United States v. DiMucci, 879 F.2d 1488, 1497 (7th Cir. 1988)). Before the entry of default judgment, Federal Rule of Civil Procedure 55(b)(2) provides that the district court "may conduct hearings or make referrals this was one of our request to void what happen on 09/11/2023 and conduct a due process hearing ,and have all parties to appear in person to dispute the strengths ,and weakness of our cases . . . now with that being said in our complaint we felt $5,000.000.00 was warranted where the defense counsel never raised a argument on said amount this would  required The defendant present evidence showing why a lower rate is necessary, or else the defendant effectively concedes this is cited in Hudak v. St. Joseph Cnty. Bd. of Comm'rs 3:18-CV-932 RLM 05-04-2022 where we will add the following  On the contrary, this courts should not "look to the percentage of the plaintiff's initial demand actually recovered . . . and then mechanically reduce the attorney's fee award by a proportionate amount." Connolly v. Nat'l Sch. Bus. Serv., 177 F.3d 593, 597 (7th Cir. 1999).

6.)Martrice Rupert ,and Tommy Williams cited Leaf Funding, Inc. v. Brogan Pharmaceuticals, Inc. (N.D.Ind. 7-27-2009)as grounds for failur to object to the following we assert that neither Jennifer Davis Or Marc Laterzo assert a objection to any number for damages or a Affirmative Defenses neither counsel for Gary Residence 2 LLC has asserted any defense to Martrice Rupert ,and Tommy Williams liability in response to our pleadings , and, thus, the affirmative defenses to Martrice Rupert ,and Tommy Williams liability are waived. See The Pantry, Inc. v. Stop-N-Go Foods, Inc., 796 F. Supp. 1164, 1167 (S.D. Ind. 1992),and time barred we state any claim at this point made by Gary Residence 2 LLC would lack standing .

7.)Martrice Rupert ,and Tommy Williams are before this court on a concrete and particularized injury in fact" that "is fairly traceable to the challenged conduct of Gary Residence 2 LLC through it's agents Marc Laterzo Jennifer Davis ,and Matt Henriques where we seek relief through this court to provide redress for such an injury. Spuhler v. State Collection Serv., Inc., 983 F.3d 282, 285 (7th Cir. 2020) (citing Lujan v. Defs. of Wildlife, 504 U.S. 555, 560-61 (1992))

Page:2

8.) Martrice Rupert ,and Tommy Williams ask this court to take judicial notice of all well-pleaded facts as true and draw all possible inferences in favor of the plaintiff. McReynolds v. Merrill Lynch & Co., Inc., 694 F.3d 873, 879 (7th Cir. 2012)

9.) Martrice Rupert ,and Tommy Williams ask this district court to consider all exhibits attached to our complaint for fraud . Thompson v. Ill. Dept. of Prof'l Reg., 300 F.3d 750, 753 (7th Cir. 2002)

10.) Martrice Rupert ,and Tommy William have lay out details on Fraud In The Inducement that would enable counsel for Gary Residence 2 LLC to respond intelligently and for this court to handle the litigation effectively."Chapman, 875 F.3d at 849.

11.) Conclusion

Martrice Rupert ,and Tommy William in closing ask this court to take notice (Of "The Seventh Circuit that has clearly held that a party who fails to respond to points made . . . concedes those points."); Cintora v. Downey, 2010 U.S. Dist.LEXIS 19763, at *12 (C.D. Ill. Mar. 4, 2010) ("The general rule in the Seventh Circuit is that a party's failure to respond to an opposing party's argument implies concession."); Sequel Capital, LLC v. Pearson, 2010 U.S. Dist. LEXIS 109087, at *22 (N.D. Ill. Oct. 12, 2010) (same); Thomas v. Am. Family Mut. Ins. Co., 2008 U.S. Dist. LEXIS 92440, at *13–14 (N.D. Ind. Nov. 13, 2008) Therefore, Jennifer Davis ,and Marc Laterzo have essentially conceded to Martrice Rupert ,and Tommy William claim "[f]ailure to respond to an argument ... results in waiver." Bonte v. U.S. Bank N.A., 624 F.3d 461, 466 (7th Cir. 2010).

12.) Prayer And Relief

Martrice Rupert ,and Tommy William pray this court grant said relief being requested to enter default stated in the rule ,and to grant all damages sustained in the process of being fair ,and the right to be heard on my findings in law .

13.) Signature :

I declare under penalty of perjury that this information is true.IC 35-44.1-2-4 10/10/2023 that the foregoing (the following) representations are true. true to the best of knowledge in law ,and this not the signature last word on this legal matter Martrice Rupert is a non lawyer in Propria Persona See HAINES V.KERNER .

Martrice Rupert seek swift adjudication on all matter before this court and pray that this remedy is granted.

Signed _/s/ Martrice Rupert_____
All Inalienable Right Reserve To The Constitution Of The United States Of America

28 USC 1746

Martrice Rupert declare under penalty of perjury that the foregoing is true and correct to the best of my Knowledge in the law Executed on (10/10/2023).

(Sign Signature) _/s/ Martrice Rupert_____
402 Lincoln Street Gary Indiana Zip Code 46403
219-448-8927 Email:mrupert1990@yahoo.com

Page:3

**18.)** State of Indiana Oath Affirmation Indiana Code 35-34-1-2.4 10/10/2023
I Tommy Williams swear,and (affirm),under penalty of perjury as specified by :
IC 35-44.1-2-4 that the foregoing (the following) representations are true. to the best of knowledge in law ,and this not the signature last word on this legal matter Tommy Williams is a non lawyer in Propria Persona  See HAINES V.KERNER .

Tommy Williams understands this action is taken ,and ask THE UNITED STATES DISTRICT COURT to take notice to UCC 1-207 & UCC 1-103.6.,and pray that  this remedy is granted

Signed _____

All Inalienable Right Reserve To The Constitution Of The United States Of America

28 USC 1746
Tommy Williams declare under penalty of perjury that the foregoing is true and correct to the best of my Knowledge in the law Executed on (10/10/2023).

(Sign Signature) _____

1745 East 73rd Place Apt 3 Chicago Illinois 60649
Cell Phone :773-517-8927

Page :4