UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MATRICE RUPERT and TOMMY WILLIAMS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) 2:22-cv-23  PPS-JEM |
| GARY RESIDENTS 2, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

The parties filed a Stipulation for Dismissal [DE 98], notifying the Court that all claims have been amicably resolved by the parties.  Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation for Dismissal [DE 98] is **GRANTED**.  The Clerk is **ORDERED** to **DISMISS** this cause of action in its entirety **WITH PREJUDICE**.  Each party will bear its own costs.  Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: December 19, 2023.

　　　　　　　　　　　　　　　　　　/s/   Philip P. Simon
　　　　　　　　　　　　　　　　　　PHILIP P. SIMON, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT